# IN THE UNITED STATES DISTRICT COURT FOR THE EATSERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Benjamin Cooper,<br>Petitioner | : | |
| v. | : | No. 25-5288 |
| Jospeh Terra, et al.<br>Respondent | : | |

## MOTION FOR STAY IN ABYENCE

Petitioner Benjamin Cooper, respectfully moves the court to hold federal action in abyence, based on the following:

1. Petitioner currently has an action pending in the Commonwealth's Post-Conviction Relief Act Common Pleas Court which was filed on April 30, 2026 at CP-51-CR-1100941-2003.
2. The matters pending before the state's court is relevant to the claims that's currently pending before the court.
3. In that, petitioner strictly files the federal action as a protective measure for statutory tolling purposes.

For the reasons stated petitioner prays for the requested relief.

Respectfull Submitted,

/s/ [signature]

Benjamin Cooper
GE-0213
1200 Mokychic Drive
Collegeville, PA 19426

Smart Communications/PADOC
SCI- Phoenix
Name Benjamin Cooper
Number GE0213
PO Box 33028
St Petersburg FL 33733

PHILADELPHIA PA 190
1 JUL 2026 PM 9 L

quadient
FIRST-CLASS MAIL
IMI
$000.74
07/01/2026 ZIP 19426
043M31248366
US POSTAGE

RECEIVED
JUL - 7 2026
CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

Clerk
United States District Court
for the Eastern District of Pennsylvania
601 Market Street, Room 2609
Phila, PA 19106

19106$1796 C019