**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **BENJAMIN COOPER,** | : | **CIVIL ACTION** |
| **Petitioner,** | : | |
| | : | |
| **v.** | : | **NO. 25-cv-5288** |
| | : | |
| **JOSEPH TERRA, et al.,** | : | |
| **Respondents.** | : | |

**O R D E R**

**AND NOW**, this 8TH day of July, 2026, upon consideration of Petitioner's Motion for Stay and Abeyance (ECF No. 23), it is hereby **ORDERED** that Respondents shall file a response to Petitioner's application addressing whether his habeas petition constitutes a "mixed" petition potentially warranting a stay under *Rhines v. Weber*, 544 U.S. 269 (2005), **within fourteen (14) days** of the date of this order.

BY THE COURT:

/s/ Lynne A. Sitarski
LYNNE A. SITARSKI
United States Magistrate Judge